UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOSE MIGUEL CASTILLO TEJEDA (5) ) | Criminal No. 20-10183-IT (s) |

**DISMISSAL OF
COUNT SEVEN OF THE SUPERSEDING INDICTMENT**

Pursuant to Fed. R. Crim. P. 48(a), the Acting United States Attorney for the District of Massachusetts hereby dismisses Count Seven of the Superseding Indictment charging the defendant, Jose Miguel Castillo Tejeda, with possession of a firearm in furtherance of a drug trafficking offense, in violation of 18 U.S.C. § 924(c). In support of this dismissal, the government states that the defendant has pleaded guilty to Counts One and Eight of the Superseding Indictment, charging him respectively with conspiracy to possess with intent to distribute 400 grams or more of fentanyl, in violation of 21 U.S.C. § 846, and possession of a firearm in furtherance of a drug trafficking offense, in violation of 18 U.S.C. § 924(c), and the dismissal is in the interests of justice.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

August 12, 2024
Date

By: /s/ Bill Abely
BILL ABELY
Chief, Criminal Division

/s/ Leah B. Foley
LEAH B. FOLEY
Assistant U.S. Attorney

Leave to File Granted:

/s/ Indira Talwani
The Honorable Indira Talwani
United States District Judge